IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02717-WDM-KMT

E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation

    Plaintiff,

v.

TEFLON BLOOD RECORDS, INC., a California corporation,

    Defendant.

**ORDER AUTHORIZING SERVICE OF PROCESS ON THE CALIFORNIA SECRETARY OF STATE FOR SERVICE OF PROCESS ON DEFENDANT TEFLON BLOOD RECORDS, INC.**

This matter is before this Court on Plaintiff's Motion for Order Authorizing Service of Process on the California Secretary of State for Service of Process on Defendant Teflon Blood Records, Inc.  The Court after reviewing the motion and being fully advised hereby orders:

The motion is GRANTED.  Service upon Defendant Teflon Blood Records, Inc. shall be made by delivery of process to the California Secretary of State.

Dated this 18th day of December, 2009.

                        **BY THE COURT:**

                        Kathleen M. Tafoya
                        United States Magistrate Judge