IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09–cv–02717–WDM–KMT

E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation

    Plaintiff,

v.

TEFLON BLOOD RECORDS, INC., a California corporation,

    Defendant.

**ORDER RE: MOTION TO AMEND CAPTION AND FOR ORDER AUTHORIZING SERVICE OF PROCESS ON THE CALIFORNIA SECRETARY OF STATE, AND ISSUANCE OF SUMMONS TO TEFLON BLOOD INCORPORATED**

    This matter is before this Court on Plaintiff's MOTION TO AMEND CAPTION AND FOR ORDER AUTHORIZING SERVICE OF PROCESS ON THE CALIFORNIA SECRETARY OF STATE, AND ISSUANCE OF SUMMONS TO TEFLON BLOOD INCORPORATED.  (Doc. No. 15.)  The Court, after reviewing the motion and being fully advised, hereby orders:

    The motion (Doc. No. 15) is GRANTED.

    IT IS FURTHER ORDERED THAT:

1.    The caption of this case shall be amended to reflect Teflon Blood Incorporated as the Defendant;

2.    The Order authorizing service on Teflon Blood Incorporated is GRANTED; and

3.  A Summons for service on Teflon Blood Incorporated (Doc. No. 15-5) shall be ISSUED by the Clerk of this Court and returned to Plaintiff's counsel in the manner established under the Court's ECF rules, ECF Procedure (Civil) V.D.7.

Dated this 16th day of February, 2010.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge