IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09–cv–02717–WDM–KMT

E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation

      Plaintiff,

v.

TEFLON BLOOD INCORPORATED, a California corporation,

      Defendant.

**ORDER AUTHORIZING SERVICE OF PROCESS ON THE CALIFORNIA SECRETARY OF STATE FOR SERVICE OF PROCESS ON DEFENDANT TEFLON BLOOD INCORPORATED**

      This matter is before this Court on Plaintiff's Motion for Order Authorizing Service of Process on the California Secretary of State for Service of Process on Defendant Teflon Blood Incorporated. (Doc. No. 15.) The Court after reviewing the motion and being fully advised hereby orders:

      The motion is GRANTED. Service upon Defendant Teflon Blood Incorporated shall be made by delivery of process to the California Secretary of State.

      Dated this 16th day of February, 2010.

      **BY THE COURT:**

      Kathleen M. Tafoya
      United States Magistrate Judge