1  CROWELL & MORING LLP
   Dickerson M. Downing –*Admitted Pro Hac Vice*
2  (ddowning@crowell.com)
   Julia K. Smith – *Admitted Pro Hac Vice*
3  (jksmith@crowell.com)
   590 Madison Avenue, 20th Floor
4  New York, NY  10022-2545
   Telephone: 212-223-4000
5  Facsimile: 213-223-4134

6  Emily T. Kuwahara (CSB No. 252411)
   (ekuwahara@crowell.com)
7  515 South Flower St., 40th Floor
   Los Angeles, CA  90071
8  Telephone: 213-622-4750
   Facsimile: 213-622-2690
9
   *Attorneys for Plaintiff*
10 E.I. Du Pont De Nemours And Company

11 SHERIDAN ROSS P.C.
   Benjamin B. Lieb – *Admitted Pro Hac Vice*
12 (blieb@sheridanross.com)
   Ian R. Walsworth – *Admitted Pro Hac Vice*
13 (iwalsworth@sheridanross.com)
   1560 Broadway, Suite 1200
14 Denver, CO 80202
   Telephone:  303-863-9700
15 Facsimile:  303-863-0223

16 LAW OFFICE OF MUSTAFA ABDUL-RAHMAN INC.
   Mustafa Abdul-Rahman (CSB No. 257251)
17 (m.abdul-rahman@lioninthelaw.com)
   1100 South Hope Street, Suite 103
18 Los Angeles, CA 90015
   Telephone:  213-550-4460
19 Facsimile:  213-908-5554

20 *Attorneys for Defendant*
   Teflon Blood Incorporated

21

UNITED STATES DISTRICT COURT

22

CENTRAL DISTRICT OF CALIFORNIA

23

24  E.I. DU PONT DE NEMOURS          Case No. CV10-3908-R
    AND COMPANY,
25                                   **PROTECTIVE ORDER**
              Plaintiff,
26                                   Judge:    Honorable Manuel L. Real
        v.
27
28  TEFLON BLOOD

1  INCORPORATED,
2           Defendant.
3
4
5      The parties to this action have stipulated to the entry of a Protective Order for
6  the purpose of limiting disclosure of the parties' respective confidential or
7  proprietary information.
8      GOOD CAUSE HAVING BEEN SHOWN THEREFOR, the Stipulation of
9  the Parties attached hereto as Exhibit 1 shall become the Order of the Court.
10
11  **IT IS SO ORDERED.**
12
13  Dated: February 3, 2011
14      Honorable Manuel L. Real
    U.S. District Court Judge